## STILLE vs. BROWNSON.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. The plaintiff, a purchaser at a sheriff's sale, gave a twelve month bond, which she now seeks to have cancelled on the ground

A purchaser at a sheriff's sale cannot obtain the cancelling of the twelve month bond, on the ground that she acquired no title, unless she be evicted.

STILLE
*vs*
BROWNSON.

that she acquired no title, the judgment on which the execution issued being void. There was judgment against her, and she appealed.

It is not alleged that she is sued and disturbed in her possession, and this case cannot be distinguished from that of *Abat* vs. *Casteres*, 3 vol. 220, in which we held that the purchaser at a sheriff's sale cannot refuse payment on the ground he acquired no title, unless he shews he was evicted. See also *Tabor* vs. *Johnson* & *al. id.* 674.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Isaac L. Baker* & *Joshua Baker* for the plaint ff, *Brownson in propria persona*, for the defendant.